**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ANTHONY J. BROSCO and ANGELA BROSCO, for themselves and all others similarly situated, | : | CIVIL ACTION NO. |
| | : | 1:07-cv-00348-S-DLM |
| Plaintiffs, | : | |
| v. | : | |
| AT&T CORP., and AT&T COMMUNICATIONS – EAST, INC., | : | |
| Defendants. | : | SEPTEMBER 27, 2007 |

**NOTICE OF APPEARANCE**

Please enter the Appearance of the undersigned, **Joseph K. Scully**, as attorney for the defendants, AT&T Corp. and AT&T Communications – East, Inc., in the above-captioned action.

DEFENDANTS, AT&T CORP., and AT&T COMMUNICATIONS – EAST, INC.

/s/ Joseph K. Scully

Joseph K. Scully (#6217)
*jkscully@daypitney.com*
Day Pitney LLP
242 Trumbull Street
Hartford, Connecticut 06103
(860) 275-0100
(860) 275-0343 (fax)

Their Attorney

**CERTIFICATION OF SERVICE**

I hereby certify that on September 27, 2007 a copy of foregoing **Notice of Appearance** was filed electronically [and served by mail on anyone unable to accept electronic filing.]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.] Parties may access this filing through the Court's system.

/s/ Joseph K. Scully
Joseph K. Scully