# *United States District Court*

## *Southern District of Indiana*

*Laura A. Briggs*
*Clerk of the Court*

*105 U.S. Courthouse*
*46 East Ohio Street*
*Indianapolis, Indiana*
*46204*

*101 Northwest MLK Boulevard*
*Evansville, Indiana*
*47708*

*210 Federal Building*
*Terre Haute, Indiana*
*47808*

*121 West Spring Street*
*New Albany, Indiana*
*47150*

June 4, 2007

Clerk, United States District Court
Montana District Court
P. O. Box 8537
Missoula, MT 59807-8537

RE: AT&T Corp. Fiber Optic Installation Litigation
MDL -1313
*Janet Amunrud, et al. v. AT&T Corp, et al.*
Our Cause No. IP 07-C-7018 H/K
Your Cause No. 1:07-68

Dear Clerk,

The Clerk of Court for the Southern District has filed on June 4, 2007, a Conditional Transfer Order dated June 1, 2007, regarding the above-referenced litigation from the Judicial Panel of Multidistrict Litigation. A certified copy is attached. Please use the enclosed postage paid envelope and copy of this letter to acknowledge receipt of this transfer order.

The purpose of this letter is to request that you send us the case which is currently in your District and that you assist our intake section in managing the incoming case by noting our Civil Action Number in your cover letter. Please enclose a certified copy of the docket sheet and a copy of the transmittal order along with any original, manually filed documents, if applicable.

To further assist Judge Hamilton, we ask that you provide us with a list of any pending motions in your case. Please attach your list to your transfer letter.

If you have any questions in the matter, please contact Mr. Charles Bruess, Courtroom Deputy, at (317) 229-3724 or Linda Carmichael, Case Administrator, at (317) 229-3919. Thank you for your cooperation.

Very truly yours,

Laura A. Briggs, Clerk

By: Linda S. Carmichael

Linda S. Carmichael, Deputy Clerk

cc: The Honorable David F. Hamilton
Clerk, Panel on MDL

A CERTIFIED TRUE COPY

JUN - 1 2007

ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
07 JUN -4 PM 4:38
SOUTHERN DISTRICT OF INDIANA
LAURA A. BRIGGS
CLERK

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MAY 16 2007

FILED
CLERK'S OFFICE

***DOCKET NO. 1313***

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE AT&T CORP. FIBER OPTIC CABLE INSTALLATION LITIGATION*

*Janet Amunrud, et al. v. AT&T Corp., et al.*, D. Montana, C.A. No. 1:07-68
*Barbara Viestenz v. AT&T Corp., et al.*, D. North Dakota, C.A. No. 3:07-52
*William G. Yedinak v. AT&T Corp., et al.*, D. Wyoming, C.A. No. 2:07-93

## *CONDITIONAL TRANSFER ORDER (CTO-17)*

On December 7, 1999, the Panel transferred five civil actions to the United States District Court for the Southern District of Indiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 28 additional actions have been transferred to the Southern District of Indiana. With the consent of that court, all such actions have been assigned to the Honorable David F. Hamilton.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Indiana and assigned to Judge Hamilton.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Indiana for the reasons stated in the order of December 7, 1999, and, with the consent of that court, assigned to the Honorable David F. Hamilton.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Indiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

JUN - 1 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel