**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ANTHONY J. BROSCO and ANGELA BROSCO, for themselves and all others similarly situated, | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 1:07-cv-00348-S-DLM |
| v. | : | |
| AT&T CORP., and AT&T COMMUNICATIONS – EAST, INC., | : | |
| Defendants. | : | |

**AGREED ORDER**

Pursuant to the Joint Motion of Plaintiffs Anthony J. Brosco and Angela Brosco, and Defendants AT&T Corp. and AT&T Communications – East, Inc. ("AT&T"), through counsel, to Extend the Time for AT&T to Move, Answer or Otherwise Respond to the Complaint, and the Court having considered the Joint Motion and being otherwise duly and sufficiently advised;

IT IS HEREBY ORDERED AS FOLLOWS:

1. The time limit for AT&T to move, answer or otherwise respond to the original Complaint shall be extended *sine die* while the parties attempt to finalize settlement of this case before the MDL transferee court, or in the event the tag-along request is denied, 30 days after the Judicial Panel on Multidistrict Litigation has entered its Order.

2. Plaintiffs' time to effect proper service on AT&T shall be extended until 30 days after the Judicial Panel on Multidistrict Litigation has entered an order in connection with the tag-along request. B. Haven Walling, Jr., Esq. or Howard N. Feldman, Esq. will accept service in this action on behalf of AT&T.

Dated this ___ day of ___________, 2007.

_______________________________________
JUDGE, UNITED STATES DISTRICT COURT

Distribution:

Nels Ackerson
ACKERSON KAUFFMAN FEX, P.C.
nackerson@ackersonlaw.com

James M. Boyers
WOODEN & MCLAUGHLIN, LLP
jboyers@woodmaclaw.com

Howard N. Feldman
DICKSTEIN SHAPIRO LLP
feldmanh@dicksteinshapiro.com

Roger C. Johnson
KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT
rjohnson@koonz.com

Susan Littell
DICKSTEIN SHAPIRO LLP
littells@dicksteinshapiro.com

John B. Massopust
ZELLE HOFMANN VOELBEL MASON & GETTE, LLP
jmassopust@zelle.com

Daniel J. Millea
ZELLE HOFMANN VOELBEL MASON & GETTE, LLP
dmillea@zelle.com

Peter W. Morgan
DICKSTEIN SHAPIRO LLP
morganp@dicksteinshapiro.com

Nicholas C. Nizamoff
STUART & BRANIGIN
ncn@stuartlaw.com

Henry J. Price
PRICE, WAICUKAUSKI & RILEY, LLC
hprice@price-law.com

B. Haven Walling, Jr.
DICKSTEIN SHAPIRO LLP
wallingb@dicksteinshapiro.com

Nancy Winkelman
SCHNADER HARRISON SEGAL & LEWIS LLP
nwinkelman@schnader.com

William P. Wooden
WOODEN & MCLAUGHLIN, LLP
wwooden@woodmaclaw.com

Robert J. Higgins
DICKSTEIN SHAPIRO LLP
higginsr@dicksteinshapiro.com

Joseph K. Scully
DAY PITNEY LLP
jkscully@daypitney.com

Joseph V. Cavanagh, LLP
BLISH & CAVANAGH, LLP
jvc3@blishcavlaw.com