JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 19 2007

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: AT&T CORP. FIBER OPTIC CABLE INSTALLATION LITIGATION**

William Martin, et al. v. AT&T Corp., et al.,
E.D. Missouri, C.A. No. 4:07-1564
Anthony J. Brosco, et al. v. AT&T Corp., et al.,
D. Rhode Island, C.A. No. 1:07-348

MDL No. 1313

**CONDITIONAL TRANSFER ORDER (CTO-18)**

On December 7, 1999, the Panel transferred five civil actions to the United States District Court for the Southern District of Indiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 31 additional actions have been transferred to the Southern District of Indiana. With the consent of that court, all such actions have been assigned to the Honorable David F. Hamilton.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Indiana and assigned to Judge Hamilton.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Indiana for the reasons stated in the order of December 7, 1999, and, with the consent of that court, assigned to the Honorable David F. Hamilton.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Indiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

OCT - 5 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: AT&T CORP. FIBER OPTIC CABLE INSTALLATION LITIGATION**

MDL No. 1313

**INVOLVED COUNSEL LIST (CTO-18)**

Joseph V. Cavanagh III
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

Timothy E. Hayes
Timothy E. Hayes & Associates
231 South Bemiston Avenue
Suite 950
St. Louis, MO 63105

Elizabeth V. Heller
Goldenberg, Miller, Heller, Antognoli, et al.
2227 South State Route 157
P.O. Box 959
Edwardsville, IL 62025